
| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 26-Apr-2026 | 2-May-2026 | 8-May-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,860.06 | 31,163.69 |
| Pretax Deductions | 59.00 | 1,121.00 |
| Employee Tax Deductions | 439.82 | 7,017.07 |
| Voluntary Deductions | 45.87 | 871.53 |
| Net Payment | 1,315.37 | 22,154.09 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 556.16 |
| Regular City | 1,860.06 | 27,964.73 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 51.87 | Hours | 35.86 | 1,860.06 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 51.87 | 798.14 |
| Holiday Hours | 0.00 | 16.00 |
| RL Total Hours | 51.87 | 844.14 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 57.00 |
| FSA Medical | 10.00 | 190.00 |
| Medical | 45.00 | 855.00 |
| Vision | 1.00 | 19.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 226.43 | 3,455.28 |
| Social Security Employee Withheld | 111.67 | 1,862.65 |
| Medicare Employee Withheld | 26.12 | 435.62 |
| SIT Withheld (PA) | 55.29 | 922.30 |
| SUI Employee Withheld (PA) | 1.30 | 21.80 |
| City Withheld (PA,Lackawanna,Jermyn) | 18.01 | 300.42 |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | 1.00 | 19.00 |


| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **16.53** |
| RTP Misc 2 | **10.00** | **190.00** |
| RTP Pallet Jacks | **35.00** | **665.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8141889947 | | | XXXXXXXXXXX1624 | USD | **1,315.37** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 3-May-2026 | 9-May-2026 | 15-May-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,807.70 | 32,971.39 |
| Pretax Deductions | 59.00 | 1,180.00 |
| Employee Tax Deductions | 422.14 | 7,439.21 |
| Voluntary Deductions | 45.87 | 917.40 |
| Net Payment | 1,280.69 | 23,434.78 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 556.16 |
| Regular City | 1,807.70 | 29,772.43 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 50.41 | Hours | 35.86 | 1,807.70 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 50.41 | 848.55 |
| Holiday Hours | 0.00 | 16.00 |
| RL Total Hours | 50.41 | 894.55 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 60.00 |
| FSA Medical | 10.00 | 200.00 |
| Medical | 45.00 | 900.00 |
| Vision | 1.00 | 20.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 214.91 | 3,670.19 |
| Social Security Employee Withheld | 108.42 | 1,971.07 |
| Medicare Employee Withheld | 25.36 | 460.98 |
| SIT Withheld (PA) | 53.69 | 975.99 |
| SUI Employee Withheld (PA) | 1.27 | 23.07 |
| City Withheld (PA,Lackawanna,Jermyn) | 17.49 | 317.91 |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | 1.00 | 20.00 |



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **17.40** |
| RTP Misc 2 | **10.00** | **200.00** |
| RTP Pallet Jacks | **35.00** | **700.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8163258714 | | | XXXXXXXXXXX1624 | USD | **1,280.69** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405




| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Vincent Mattiello** | **131790-1** | **Shared Services 4** |
| **Employee ID** | **Assignment Number** | |
| **131790** | **E131790** | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| **18-Jul-2023** | **Driver** | **R&L Carriers Shared Services LLC** |
| **Employee Address** | **Position** | **Employer Address** |
| **112 Milanville Rd**<br>**Apt A**<br>**Beach Lake, PA 18405**<br>**US** | **Driver City Class B** | **600 GILLAM RD**<br>**Wilmington, OH 45177**<br>**US**<br>**+1(800)543-5589** |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| **Weekly** | **10-May-2026** | **16-May-2026** | **22-May-2026** | **35.86/Hour** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **1,445.88** | **34,417.27** |
| Pretax Deductions | **59.00** | **1,239.00** |
| Employee Tax Deductions | **299.85** | **7,739.06** |
| Voluntary Deductions | **45.87** | **963.27** |
| Net Payment | **1,041.16** | **24,475.94** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | **0.00** | **1,600.00** |
| Holiday | **0.00** | **556.16** |
| Regular City | **1,445.88** | **31,218.31** |
| Sick | **0.00** | **1,042.80** |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | **40.32** | Hours | **35.86** | **1,445.88** |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | **40.32** | **888.87** |
| Holiday Hours | **0.00** | **16.00** |
| RL Total Hours | **40.32** | **934.87** |
| Sick Hours | **0.00** | **30.00** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | **3.00** | **63.00** |
| FSA Medical | **10.00** | **210.00** |
| Medical | **45.00** | **945.00** |
| Vision | **1.00** | **21.00** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **135.31** | **3,805.50** |
| Social Security Employee Withheld | **85.98** | **2,057.05** |
| Medicare Employee Withheld | **20.10** | **481.08** |
| SIT Withheld (PA) | **42.58** | **1,018.57** |
| SUI Employee Withheld (PA) | **1.01** | **24.08** |
| City Withheld (PA,Lackawanna,Jermyn) | **13.87** | **331.78** |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | **1.00** | **21.00** |

 

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **18.27** |
| RTP Misc 2 | **10.00** | **210.00** |
| RTP Pallet Jacks | **35.00** | **735.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8180184326 | | | XXXXXXXXXXX1624 | USD | **1,041.16** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| **Vincent Mattiello** | **131790-1** | **Shared Services 4** |
| **Employee ID** | **Assignment Number** | |
| **131790** | **E131790** | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| **18-Jul-2023** | **Driver** | **R&L Carriers Shared Services LLC** |
| **Employee Address** | **Position** | **Employer Address** |
| **112 Milanville Rd**<br>**Apt A**<br>**Beach Lake, PA 18405**<br>**US** | **Driver City Class B** | **600 GILLAM RD**<br>**Wilmington, OH 45177**<br>**US**<br>**+1(800)543-5589** |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| **Weekly** | **17-May-2026** | **23-May-2026** | **29-May-2026** | **35.86/Hour** |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | **1,815.23** | **36,232.50** |
| Pretax Deductions | **59.00** | **1,298.00** |
| Employee Tax Deductions | **424.67** | **8,163.73** |
| Voluntary Deductions | **45.87** | **1,009.14** |
| Net Payment | **1,285.69** | **25,761.63** |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | **0.00** | **1,600.00** |
| Holiday | **0.00** | **556.16** |
| Regular City | **1,815.23** | **33,033.54** |
| Sick | **0.00** | **1,042.80** |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | **50.62** | Hours | **35.86** | **1,815.23** |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | **50.62** | **939.49** |
| Holiday Hours | **0.00** | **16.00** |
| RL Total Hours | **50.62** | **985.49** |
| Sick Hours | **0.00** | **30.00** |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | **3.00** | **66.00** |
| FSA Medical | **10.00** | **220.00** |
| Medical | **45.00** | **990.00** |
| Vision | **1.00** | **22.00** |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | **216.56** | **4,022.06** |
| Social Security Employee Withheld | **108.89** | **2,165.94** |
| Medicare Employee Withheld | **25.47** | **506.55** |
| SIT Withheld (PA) | **53.92** | **1,072.49** |
| SUI Employee Withheld (PA) | **1.27** | **25.35** |
| City Withheld (PA,Lackawanna,Jermyn) | **17.56** | **349.34** |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | **1.00** | **22.00** |



| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **19.14** |
| RTP Misc 2 | **10.00** | **220.00** |
| RTP Pallet Jacks | **35.00** | **770.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8194269176 | | | XXXXXXXXXXX1624 | USD | **1,285.69** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405



| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 24-May-2026 | 30-May-2026 | 5-Jun-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,791.92 | 38,024.42 |
| Pretax Deductions | 59.00 | 1,357.00 |
| Employee Tax Deductions | 416.79 | 8,580.52 |
| Voluntary Deductions | 45.87 | 1,055.01 |
| Net Payment | 1,270.26 | 27,031.89 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 286.88 | 843.04 |
| Regular City | 1,505.04 | 34,538.58 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 41.97 | Hours | 35.86 | 1,505.04 |
| Holiday | 8.00 | Hours | 35.86 | 286.88 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 41.97 | 981.46 |
| Holiday Hours | 8.00 | 24.00 |
| RL Total Hours | 49.97 | 1,035.46 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 69.00 |
| FSA Medical | 10.00 | 230.00 |
| Medical | 45.00 | 1,035.00 |
| Vision | 1.00 | 23.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 211.43 | 4,233.49 |
| Social Security Employee Withheld | 107.44 | 2,273.38 |
| Medicare Employee Withheld | 25.13 | 531.68 |
| SIT Withheld (PA) | 53.20 | 1,125.69 |
| SUI Employee Withheld (PA) | 1.26 | 26.61 |
| City Withheld (PA,Lackawanna,Jermyn) | 17.33 | 366.67 |

 

| Head Tax Withheld (PA,Lackawanna,Jermyn) | 1.00 | 23.00 |
|---|---|---|

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | 0.87 | 20.01 |
| RTP Misc 2 | 10.00 | 230.00 |
| RTP Pallet Jacks | 35.00 | 805.00 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8204685481 | | | XXXXXXXXXXX1624 | USD | 1,270.26 |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | 0.00 | 0.00 | 0.00 |
| Sick Hours | 0.00 | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405

 

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 31-May-2026 | 6-Jun-2026 | 12-Jun-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,872.61 | 39,897.03 |
| Pretax Deductions | 59.00 | 1,416.00 |
| Employee Tax Deductions | 444.05 | 9,024.57 |
| Voluntary Deductions | 45.87 | 1,100.88 |
| Net Payment | 1,323.69 | 28,355.58 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 843.04 |
| Regular | 368.28 | 368.28 |
| Regular City | 1,504.33 | 36,042.91 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 41.95 | Hours | 35.86 | 1,504.33 |
| Time Entry Wages | 10.27 | Hours | 35.86 | 368.28 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 41.95 | 1,023.41 |
| Holiday Hours | 0.00 | 24.00 |
| RL Total Hours | 52.22 | 1,087.68 |
| Regular Hours | 10.27 | 10.27 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 72.00 |
| FSA Medical | 10.00 | 240.00 |
| Medical | 45.00 | 1,080.00 |
| Vision | 1.00 | 24.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 229.19 | 4,462.68 |
| Social Security Employee Withheld | 112.44 | 2,385.82 |
| Medicare Employee Withheld | 26.29 | 557.97 |
| SIT Withheld (PA) | 55.68 | 1,181.37 |


| | | |
|---|---|---|
| SUI Employee Withheld (PA) | **1.31** | **27.92** |
| City Withheld (PA,Lackawanna,Jermyn) | **18.14** | **384.81** |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | **1.00** | **24.00** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **20.88** |
| RTP Misc 2 | **10.00** | **240.00** |
| RTP Pallet Jacks | **35.00** | **840.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8216978039 | | | XXXXXXXXXXX1624 | USD | **1,323.69** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 7-Jun-2026 | 13-Jun-2026 | 18-Jun-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,466.32 | 41,363.35 |
| Pretax Deductions | 59.00 | 1,475.00 |
| Employee Tax Deductions | 306.76 | 9,331.33 |
| Voluntary Deductions | 45.87 | 1,146.75 |
| Net Payment | 1,054.69 | 29,410.27 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 843.04 |
| Regular | 0.00 | 368.28 |
| Regular City | 1,466.32 | 37,509.23 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 40.89 | Hours | 35.86 | 1,466.32 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 40.89 | 1,064.30 |
| Holiday Hours | 0.00 | 24.00 |
| RL Total Hours | 40.89 | 1,128.57 |
| Regular Hours | 0.00 | 10.27 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 75.00 |
| FSA Medical | 10.00 | 250.00 |
| Medical | 45.00 | 1,125.00 |
| Vision | 1.00 | 25.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 139.80 | 4,602.48 |
| Social Security Employee Withheld | 87.26 | 2,473.08 |
| Medicare Employee Withheld | 20.41 | 578.38 |
| SIT Withheld (PA) | 43.20 | 1,224.57 |
| SUI Employee Withheld (PA) | 1.02 | 28.94 |


| | | |
|---|---|---|
| City Withheld (PA,Lackawanna,Jermyn) | **14.07** | **398.88** |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | **1.00** | **25.00** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **21.75** |
| RTP Misc 2 | **10.00** | **250.00** |
| RTP Pallet Jacks | **35.00** | **875.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8229662008 | | | XXXXXXXXXXX1624 | USD | **1,054.69** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 14-Jun-2026 | 20-Jun-2026 | 26-Jun-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,772.20 | 43,135.55 |
| Pretax Deductions | 59.00 | 1,534.00 |
| Employee Tax Deductions | 410.13 | 9,741.46 |
| Voluntary Deductions | 45.87 | 1,192.62 |
| Net Payment | 1,257.20 | 30,667.47 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 843.04 |
| Regular | 0.00 | 368.28 |
| Regular City | 1,772.20 | 39,281.43 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 49.42 | Hours | 35.86 | 1,772.20 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 49.42 | 1,113.72 |
| Holiday Hours | 0.00 | 24.00 |
| RL Total Hours | 49.42 | 1,177.99 |
| Regular Hours | 0.00 | 10.27 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 78.00 |
| FSA Medical | 10.00 | 260.00 |
| Medical | 45.00 | 1,170.00 |
| Vision | 1.00 | 26.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 207.10 | 4,809.58 |
| Social Security Employee Withheld | 106.22 | 2,579.30 |
| Medicare Employee Withheld | 24.84 | 603.22 |
| SIT Withheld (PA) | 52.60 | 1,277.17 |
| SUI Employee Withheld (PA) | 1.24 | 30.18 |



| | 17.13 | 416.01 |
|---|---|---|
| City Withheld (PA,Lackawanna,Jermyn) | 17.13 | 416.01 |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | 1.00 | 26.00 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | 0.87 | 22.62 |
| RTP Misc 2 | 10.00 | 260.00 |
| RTP Pallet Jacks | 35.00 | 910.00 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8243594384 | | | XXXXXXXXXXX1624 | USD | 1,257.20 |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | 0.00 | 0.00 | 0.00 |
| Sick Hours | 0.00 | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | 0.00 | 0.00 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | 0.00 |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405


| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Vincent Mattiello | 131790-1 | Shared Services 4 |
| **Employee ID** | **Assignment Number** | |
| 131790 | E131790 | |
| **Hire Date** | **Job Title** | **Tax Reporting Unit Name** |
| 18-Jul-2023 | Driver | R&L Carriers Shared Services LLC |
| **Employee Address** | **Position** | **Employer Address** |
| 112 Milanville Rd<br>Apt A<br>Beach Lake, PA 18405<br>US | Driver City Class B | 600 GILLAM RD<br>Wilmington, OH 45177<br>US<br>+1(800)543-5589 |

| Period Type | Period Start Date | Period End Date | Payment Date | Pay Rate |
|---|---|---|---|---|
| Weekly | 21-Jun-2026 | 27-Jun-2026 | 2-Jul-2026 | 35.86/Hour |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 1,439.06 | 44,574.61 |
| Pretax Deductions | 59.00 | 1,593.00 |
| Employee Tax Deductions | 297.56 | 10,039.02 |
| Voluntary Deductions | 45.87 | 1,238.49 |
| Net Payment | 1,036.63 | 31,704.10 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver Safety Program | 0.00 | 1,600.00 |
| Holiday | 0.00 | 843.04 |
| Regular | 0.00 | 368.28 |
| Regular City | 1,439.06 | 40,720.49 |
| Sick | 0.00 | 1,042.80 |

| Description | Quantity | Type | Rate | Amount |
|---|---|---|---|---|
| Driver City Wage | 40.13 | Hours | 35.86 | 1,439.06 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Driver City Wage Hours | 40.13 | 1,153.85 |
| Holiday Hours | 0.00 | 24.00 |
| RL Total Hours | 40.13 | 1,218.12 |
| Regular Hours | 0.00 | 10.27 |
| Sick Hours | 0.00 | 30.00 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Dental | 3.00 | 81.00 |
| FSA Medical | 10.00 | 270.00 |
| Medical | 45.00 | 1,215.00 |
| Vision | 1.00 | 27.00 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 133.81 | 4,943.39 |
| Social Security Employee Withheld | 85.56 | 2,664.86 |
| Medicare Employee Withheld | 20.01 | 623.23 |
| SIT Withheld (PA) | 42.37 | 1,319.54 |
| SUI Employee Withheld (PA) | 1.01 | 31.19 |



| | | |
|---|---|---|
| City Withheld (PA,Lackawanna,Jermyn) | **13.80** | **429.81** |
| Head Tax Withheld (PA,Lackawanna,Jermyn) | **1.00** | **27.00** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Life Insurance Emp | **0.87** | **23.49** |
| RTP Misc 2 | **10.00** | **270.00** |
| RTP Pallet Jacks | **35.00** | **945.00** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 8256025400 | | | XXXXXXXXXXX1624 | USD | **1,036.63** |

| Absence Balance Summary | | | |
|---|---|---|---|
| **Description** | **Beginning Balance** | **Used** | **Ending Balance** |
| Vacation Hours | **0.00** | **0.00** | **0.00** |
| Sick Hours | **0.00** | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Total Dependent Amount** | **Extra Withholding** |
| FEDERAL_2020 | Single or Married filing separately | **0.00** | **0.00** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| PA | | 0 | **0.00** |



Scranton P D Drivers

Vincent Mattiello
112 Milanville Rd
Apt A
Beach Lake, PA 18405