# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Vincent Anthony Mattiello,<br>aka Vincent Mattiello, aka Vincent A Mattiello, aka<br>Vinny Mattiello, fdba Mattiello's Outdoor Services, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:26−bk−01913−MJC |

Social Security No.:
xxx−xx−8681

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: October 14, 2026

**fnldecac** (05/18)