United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01913-MJC
Vincent Anthony Mattiello Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 318 Total Noticed: 31

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Anthony Mattiello, 112 Milanville Rd. Apt. A, Beach Lake, PA 18405-8418 |
| 5821701 | + | ADD Katapult, 5360 Legacy Drive, Building 2, Suite 135, Plano, TX 75024-4197 |
| 5821702 | + | ADD NCR, 6830 Via Del Oro, Suite 105, San Jose, CA 95119-1353 |
| 5816115 | + | Aniya K Jones, Esq., Pollack & Rosen, P.A., 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 5816124 | + | Keystone Propane Service, Inc., 1201 Marshwood Rd, Throop, PA 18512-1599 |
| 5816131 | + | R & L Carriers, 101 Chestnut St, Jermyn, PA 18433-1401 |
| 5816135 | + | Toyota Motor Insurance Services Inc, PO Box 22171, Tempe, AZ 85285-2171 |
| 5816138 | + | William Hazimof, 109 Woodlyn Acres Rd, Hawley, PA 18428-3024 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Oct 29 2026 09:06:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5816113 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2026 09:05:30 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5819417 | + | Email/Text: bkfilings@zwickerpc.com | Oct 29 2026 09:06:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5816114 | | Email/PDF: bncnotices@becket-lee.com | Oct 29 2026 09:05:41 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5816116 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 29 2026 09:06:00 | Apple Card/Gs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5816117 | | EDI: CAPITALONE.COM | Oct 29 2026 13:04:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5816118 | | Email/Text: omx-bnc-bk-notices@chime.com | Oct 29 2026 09:06:00 | Chime/The Bancorp Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5816119 | | Email/Text: omx-bnc-bk-notices@chime.com | Oct 29 2026 09:06:00 | Chime/The Bancorp Bank, Attn: Bankruptcy, 101 California St Ste 500, San Francisco, CA 94111-5802 |
| 5816120 | | Email/Text: esther@cbhv.com | Oct 29 2026 09:06:00 | Collection Bureau Hudson Valley, PO Box 831, Newburgh, NY 12551-0831 |
| 5816121 | | EDI: DISCOVER | Oct 29 2026 13:04:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5816122 | | Email/Text: reports@halstedfinancial.com | Oct 29 2026 09:06:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |

| | | | | |
|---|---|---|---|---|
| 5816123 | | EDI: JPMORGANCHASE | Oct 29 2026 13:04:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5816125 | + | Email/Text: bkfilings@zwickerpc.com | Oct 29 2026 09:06:00 | Kirsten R Armstrong, Esq., Zwicker & Associates PC, 900 Northbrook Dr Suite 102, Trevose, PA 19053-8432 |
| 5816126 | + | EDI: LENDNGCLUB | Oct 29 2026 13:04:00 | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 5816127 | ^ | MEBN | Oct 29 2026 09:01:32 | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5816128 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 09:06:00 | Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 5816129 | | Email/Text: bankruptcy@nbtbank.com | Oct 29 2026 09:06:00 | NBT Bank NA, Attn: Bankruptcy, PO Box 351, Norwich, NY 13815-0351 |
| 5816130 | | EDI: AGFINANCE.COM | Oct 29 2026 13:04:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5816132 | ^ | MEBN | Oct 29 2026 09:01:30 | Sheffield Financial, Attn: Bankruptcy, PO Box 25127, Winston Salem, NC 27114-5127 |
| 5816133 | | EDI: SYNC | Oct 29 2026 13:04:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 5816134 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 29 2026 09:06:00 | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 5816136 | + | Email/Text: dht@pacollections.com | Oct 29 2026 09:06:00 | Tsarouhis Law Group, 21 South 9th St, Allentown, PA 18102-4861 |
| 5816137 | | EDI: G2RSVELOCITY | Oct 29 2026 13:04:00 | Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5816139 | * | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5816140 | * | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5816141 | *+ | Aniya K Jones, Esq., Pollack & Rosen, P.A., 205 West Broad Street, Bethlehem, PA 18018-5517 |
| 5816142 | * | Apple Card/Gs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5816143 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5816144 | * | Chime/The Bancorp Bank, Attn: Bankruptcy, PO Box 417, San Francisco, CA 94104-0417 |
| 5816145 | * | Chime/The Bancorp Bank, Attn: Bankruptcy, 101 California St Ste 500, San Francisco, CA 94111-5802 |
| 5816146 | * | Collection Bureau Hudson Valley, PO Box 831, Newburgh, NY 12551-0831 |
| 5816147 | * | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5816148 | *P++ | HALSTED FINANCIAL SERVICES LLC, PO BOX 828, SKOKIE IL 60076-0828, address filed with court:, Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5816149 | * | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5816150 | *+ | Keystone Propane Service, Inc., 1201 Marshwood Rd, Throop, PA 18512-1599 |
| 5816151 | *+ | Kirsten R Armstrong, Esq., Zwicker & Associates PC, 900 Northbrook Dr Suite 102, Trevose, PA 19053-8432 |
| 5816152 | *+ | Lending Club, Attn: Bankruptcy, 595 Market St Ste 200, San Francisco, CA 94105-5839 |
| 5816153 | *+ | Michael J Dougherty, Esq., Weltman, Weinberg & Reis CO., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |
| 5816154 | * | Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 5816155 | * | NBT Bank NA, Attn: Bankruptcy, PO Box 351, Norwich, NY 13815-0351 |
| 5816156 | * | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 5816157 | *+ | R & L Carriers, 101 Chestnut St, Jermyn, PA 18433-1401 |
| 5816158 | * | Sheffield Financial, Attn: Bankruptcy, PO Box 25127, Winston Salem, NC 27114-5127 |
| 5816159 | * | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965065, Orlando, FL 32896-5065 |
| 5816160 | * | Toyota Motor Credit, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 5816161 | *+ | Toyota Motor Insurance Services Inc, PO Box 22171, Tempe, AZ 85285-2171 |

| | | |
|---|---|---|
| 5816162 | *+ | Tsarouhis Law Group, 21 South 9th St, Allentown, PA 18102-4861 |
| 5816163 | *P++ | VELOCITY PORTFOLIO GROUP INC, 1800 RT 34 NORTH, BLDG 3 SUITE 305, WALL NJ 07719-9146, address filed with court:, Velocity Investments, LLC, 1800 State Route 34 Ste 305, Wall, NJ 07719-9168 |
| 5816164 | *+ | William Hazimof, 109 Woodlyn Acres Rd, Hawley, PA 18428-3024 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Vincent Anthony Mattiello usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | larynard@larynardlaw.com PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vincent Anthony Mattiello<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8681 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–01913–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vincent Anthony Mattiello
aka Vincent Mattiello, aka Vincent A Mattiello, aka Vinny Mattiello, fdba Mattiello's Outdoor Services

**By the court:**

10/14/26

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**